IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HAROLD ARTHUR BARR**                                                    **PLAINTIFF**

**VS.**                                 **CIVIL ACTION NO.: 1:11-cv-00059(LG)(RHW)**

**OFFICERS TROY BORDELON, JEFFREY
GUILLOT AND CHARLES LIPPS,
INDIVIDUALLY AND IN THEIR OFFICIAL
CAPACITY AS A DULY COMMISSIONED
POLICE OFFICER FOR THE CITY OF
WAVELAND, MS; POLICE CHIEF JAMES A.
VARNELL, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS A DULY
COMMISSIONED POLICE OFFICER FOR
THE CITY OF WAVELAND, MS; DAVID
GARCIA, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS MAYOR OF THE
CITY OF WAVELAND, MS; THE CITY OF
WAVELAND, MS; AND UNKNOWN JOHN
AND JANE DOES A-Z**                                                  **DEFENDANTS**

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims in the above-entitled action, Civil Action No. 1:11-CV-00059(LG)(RHW), brought by Plaintiff Harold Arthur Barr against Defendants Troy Bordelon, Jeffrey Guillot, Charles Lipps, James A. Varnell, and David Garcia, in their official and individual capacities, and the City of Waveland, Mississippi (collectively, the "Municipal Defendants"), may be dismissed with prejudice, pursuant to the terms of a Release of Claims and Settlement Agreement entered into between Plaintiff and the Municipal Defendants. The Settlement Agreement includes full provisions for any and all claims of attorneys' fees and costs arising in this action. Plaintiff and the Municipal Defendants further agree that based on the foregoing stipulation, the Court may enter a Final Order dismissing this cause with prejudice.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

**OF COUNSEL:**

BY: */s/W. Brett Harvey*
    Gary E. Friedman, MB #5532
    W. Brett Harvey, MB # 102440
    4270 I-55 North
    Jackson, Mississippi 39211-6391
    P. O. Box 16114
    Jackson, Mississippi 39236.6114
    Telephone: (601) 352-2300
    Telecopier: (601) 360-9777
    Email: friedmag@phelps.com
          brett.harvey@phelps.com

Zach Butterworth (MSB # 9946)
Gary Yarborough, Jr. (MSB # 102310)
HESSE & BUTTERWORTH, PLLC
841 Highway 90
Bay St. Louis, MS 39520
Telephone: (228) 466-0020
Facsimile: (228) 466-0550
zbutterworthlaw@bellsouth.net
garyyarborough@bellsouth.net

    Michael Held, MB #101942
    NorthCourt One
    2304 – 19th Street, Suite 300
    Gulfport, Mississippi 39501
    Telephone: (228) 679-1130
    Telecopier: (228) 679-1131
    Email: heldm@phelps.com

**ATTORNEYS FOR MUNICIPAL DEFENDANTS**

BY: */s/Bobby Moak*
    Bobby Moak, Esq.
    P.O. Box 242
    Bogue Chitto, MS 39620
    Telephone: 601-734-2566
    Facsimile: 601-734-2563

**ATTORNEY FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I, W. BRETT HARVEY, do hereby certify that I have this date electronically filed the foregoing *STIPULATION OF DISMISSAL* with the Clerk of the Court via ECF, which forwarded notice of the same via email to the following counsel:

Bobby Moak, Esq.
P.O. Box 242
Bogue Chitto, MS 39620
Telephone: 601-734-2566
Facsimile: 601-734-2563
bmoak@locnet.net

***ATTORNEY FOR PLAINTIFF***

THIS, the 8th day of February, 2012.

                                                    /s/W. Brett Harvey
                                                 W. BRETT HARVEY